# EXHIBIT A

# PHOTO SPEED SUMMONS

  

# CHESAPEAKE POLICE DEPARTMENT
## PHOTO*Safe Chesapeake*
## NOTICE OF VIOLATION and SUMMONS

### CITATION NUMBER: PSCP22120343

The City of Chesapeake has a speed enforcement program to lessen reckless speeding in the community. As you can see from the photos to the right, a vehicle registered in your name(s) and described below has been photographed traveling at speeds of at least 10 miles per hour above the posted speed limit within a school crossing zone.

| DATE OF VIOLATION | TIME OF VIOLATION |
|---|---|
| 09/13/2022 | 02:58 PM |

RESPONSIBLE PARTY (First, Middle, Last)
**GERROD GALE SEIFERT**

ADDRESS (STREET, APT #)
**1112 CUTSPRING RD**

| CITY | STATE | ZIP |
|---|---|---|
| **CHESAPEAKE** | **VA** | **23322** |

| VEH. LIC.NO | STATE | VEH. YEAR |
|---|---|---|
| **TRAILHD** | **VA** | **2011** |

| MAKE | BODY STYLE | REG. YEAR |
|---|---|---|
| **VOLV** | **2H** | |

| PENALTY | CODE OF VIRGINIA | DESCRIPTION |
|---|---|---|
| **$100.00** | 74-4 pursuant to Code of Virginia 46.2-873 and 46.2-882.1 | **Exceeding the posted speed limit** |

| VEHICLE SPEED | POSTED SPEED |
|---|---|
| **47 MPH** | **25 MPH** |

LOCATION OF VIOLATION
**300 Blk at Kemosville Rd**

YOU MUST RESPOND TO THIS NOTICE/SUMMONS ON OR BEFORE:
**December 03,2022**

REGISTERED OWNER(s) (First, Middle, Last)
**GERROD GALE SEIFERT**

ADDRESS (STREET, APT #)
**1112 CUTSPRING RD**

| CITY | STATE | ZIP |
|---|---|---|
| **CHESAPEAKE** | **VA** | **23322** |

PLEASE NOTE THAT RECORDED IMAGES DO CONSTITUTE EVIDENCE OF A VIOLATION OF CITY CODE 74-4 PURSUANT TO CODE OF VIRGINIA 46.2-873 AND 46.2-882.1.

BASED UPON MY REVIEW AND INSPECTION OF THE RECORDED IMAGES, I STATE THAT A VIOLATION OF CITY CODE 74-4 PURSUANT TO CODE OF VIRGINIA 46.2-873 AND 46.2-882.1 DID OCCUR.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE COMMONWEALTH OF VIRGINIA THE FOREGOING IS TRUE AND CORRECT.

| 10/04/2022 | *John Cook* | 1176 |
|---|---|---|
| Date Issued | | Officer Code |

**Note:** As the registered owner(s) of the vehicle described in this NOV/Summons, you are responsible for paying this penalty by December 03,2022 .

A sworn officer has reviewed the recorded images and this certificate serves as prima facie evidence of the facts.

**Hearings are held at the City of Chesapeake General District Court, 307 Albemarle Drive, Chesapeake, VA 23322.**







**TO WATCH THE VIDEO OF THE VIOLATION** View
Violation Video at https://alcyon.photonotice.com

Citation #:       **PSCP22120343**
License Plate #:  **TRAILHD**

A $2.95 fee is applied to online payments.

If you wish to contest this citation, **you must confirm your court date** of 12/28/2022 at 11:00 AM with the Chesapeake Police Department. (Submit Option C of the Options page for confirmation.)

# EXHIBIT B

# VIRGINIA CASE DISPOSITION

# CITY OF CHESAPEAKE v. GERROD SEIFERT

## 5/24/23



# GENERAL DISTRICT COURT
# ONLINE CASE INFORMATION SYST

## Chesapeake General District Court

 

## Traffic/Criminal Case Details

**Court**

Chesapeake General Distri ▾

**Traffic/Criminal**

**Name Search**
**Case Number Search**
**Hearing Date Search**
**Service/Process Search**

**Civil**

**Name Search**
**Case Number Search**
**Hearing Date Search**
**Service/Process Search**

### Case/Defendant Information ▾

| | | |
|---|---|---|
| **Case Number :** GT23002203-00 | **Filed Date :** 02/16/2023 | **Locality :** CHESAPEAKE |
| **Name :** SEIFERT, GERROD GALE | **Status :** Released On Summons | **Defense Attorney :** |
| **Address :** CHESAPEAKE, VA 23322 | **AKA1 :** | **AKA2 :** |
| **Gender :** Other(Includes Not Applicable, Unknown) | **Race :** Unknown | **DOB :** |

### Charge Information ▾

| | | |
|---|---|---|
| **Charge :** CIVIL VIOLATION - SEED CAM | **Offense Tracking/Processing # :** | **Summons # :** 22120343 |
| **Code Section :** 46.2-873(P) | **Case Type :** Civil Violation | **Class :** |
| **Offense Date :** 09/13/2022 | **Arrest Date :** | **Complainant :** MILLINGTON, D |
| **Amended Charge :** | **Amended Code :** | **Amended Case Type :** |

### Hearing Information ▾

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 05/24/2023 | 11:01 AM | Finalized | Adjudicatory | B | Not Guilty | |

### Service/Process ▲

### Disposition Information ▾

| | | |
|---|---|---|
| **Final Disposition :** Guilty | | |
| **Sentence Time :** 00Months 000Days 00Hours | **Sentence Suspended Time :** 00Months 000Days 00Hours | |
| **Probation Type :** | **Probation Time :** 00Years 00Months 000Days | **Probation Starts :** |
| **Operator License Suspension Time :** 00Years 00Months 000Days | **Restriction Effective Date :** | |
| **Operator License Restriction Codes :** | | |
| **Fine :** $100.00 | **Costs :** $67.00 | **Fine/Costs Due :** |
| **Fine/Costs Paid :** | **Fine/Costs Paid Date :** 06/07/2023 | **VASAP :** |

# EXHIBIT C

## EXAMPLE OF CERTIFICATION OF

## RADAR/LIDAR UNIT – RECORD PRODUCED BY DEFENDANT VIA FOIA



**YCG**

2603 Reach Road, Rear · Williamsport, PA 17701

570-494-1150 · Fax 570-494-1021
www.the-ycg.com

Equipment Submitted by _____ Verra Mobility (Redflex) of 19621 N 23rd Dr. Ste 100, Phoenix, AZ 85027 _____ Tag # ____ 5188 ____

Mfr _____ Smartmicro _____ Cal Date _____ 01/27/2023 Due Date _____ 01/27/2024 W.O. # ____ 176189 ____

Instrument _____ Enforcement 3DHD RADAR _____ Model _____ UMRR-0C Type 42 _____

Serial No. _____ 0x0003092B _____ P.O. # _____ PO00037013 _____

When Received
In Tolerance

Type of Service:  Standard Calibration

When Returned
In Tolerance

Notes:

At Time Of Calibration:  Temperature 68°F,  Relative Humidity 24%

TEST EQUIPMENT/PROCEDURE USED

S-C101
    YCG-1011, 03/22/2023,  Tack Life LDM05
    YCG-1013, 08/18/2023,  Smartmicro EKTSDG-010101
    YCG-1009, 06/29/2023,  Signal Hound SA44B

COMMENTS

Calibrated.
Data provided.

SWORN AND SUBSCRIBED BEFORE ME THIS
_30_ DAY OF October 2023

Commonwealth of Pennsylvania - Notary Seal
Thomas E. Reed, Notary Public
Lycoming County
My commission expires May 17, 2027
Commission number 1351951
Member, Pennsylvania Association of Notaries

MATERIAL

# Certificate of Calibration

*This instrument listed above complied with the manufacturers published specifications with exceptions as noted.  YCG Inc. measurements are traceable to the National Institute of Standards & Technology / WWV Standard Broadcast / Natural Physical Constants through certification documents on file in our Metrology Laboratory.  Calibration performed in accordance and in compliance with established standards of the YCG Inc. Quality System*

Certified By: _____ Jake Cowden

Approved by _____

THIS DOCUMENT SHALL NOT BE REPRODUCED EXCEPT IN FULL, WITHOUT WRITTEN CONSENT OF YCG

# EXHIBIT D

# VIRGINIA STATE POLICE ANNUAL REPORT
# FOR PHOTO SPEED VIOLATIONS

Photo Speed Monitoring Device Usage
Citation Data Report
Calendar Year 2023

| | |
|---|---|
| **Total Violations Prosecuted** | 326,614 |
| **Total Successful Prosecutions** | 220,573 |
| **Total Amount Civil Penalties Paid** | $19,866,042.22 |

*Total above include school zone and work zone enforcement.*

## School Zone

| Agency | Total Mailed Citations | Total Paid Citations | Total Amount Penalties Paid |
|---|---|---|---|
| Alexandria Police Department | 24,200 | 13,401 | $1,340,100.00 |
| Altavista Police Department | 1,656 | 945 | $94,004.00 |
| Bridgewater Police Department | 1,031 | 755 | $75,500.00 |
| Bristol Police Department | 1,754 | 576 | $57,600.00 |
| Chesapeake Police Department | 70,656 | 44,354 | $5,532,676.05 |
| Fairfax City Police Department | 34,716 | 34,664 | $1,055,368.16 |
| Fairfax County Police Department | 22,867 | 13,838 | $800,691.00 |
| Manassas Park Police Department | 10,004 | 9,798 | $688,700.00 |
| Saltville Police Department | 256 | 110 | $11,000.00 |
| Smyth County Sheriff's Office | 1,009 | 550 | $55,000.00 |
| Suffolk Police Department | 20,964 | 10,292 | $1,003,038.44 |
| Wythe County Sheriff's Office | 3,544 | 2,506 | $250,600.00 |
| **School Zone Total** | **192,657** | **131,789** | **$10,964,277.65** |

## Work Zone

| Agency | Total Mailed Citations | Total Paid Citations | Total Amount Penalties Paid |
|---|---|---|---|
| Suffolk Police Department | 111,854 | 76,407 | $7,664,345.57 |
| Harrisonburg Police Department | 22,103 | 12,377 | $1,237,419.00 |
| **Work Zone Total** | **133,957** | **88,784** | **$8,901,764.57** |

## Definitions

Traffic Violations Prosecuted (Total Mailed Citations)
Total number of citations issued with no regard to conviction/prepayment/challenges presented in court.

Number of Successful Prosecutions (Total Paid Citations)
If the citation resulted in a conviction or was paid in lieu of appearance, it is reported as a successful prosecution.

Total Amount of Monetary Civil Penalties Collected (Total Amount Penalties Paid)
Total monies collected for the calendar year (as of 12/31/2023). *At the time of publication of this report, it is understood that monies for infractions may not be collected or due by the end of the calendar year.*



Colonel Gary T. Settle
Superintendent

(804) 674-2000

**COMMONWEALTH OF VIRGINIA**

Lt. Colonel Kirk S. Marlowe
Deputy Superintendent

**DEPARTMENT OF STATE POLICE**
P. O. BOX 27472
RICHMOND, VA 23261-7472

February 15, 2024

TO: The Commonwealth of Virginia General Assembly

Pursuant to §46.2-882.1 B9 of the Code of Virginia, I am respectfully submitting herewith a report concerning the number of traffic violations prosecuted, the number of successful prosecutions, and the total amount of monetary civil penalties collected for any state or local law-enforcement agency that places and operates a photo speed monitoring device.

As of February 15, 2024, thirteen agencies within the Commonwealth reported the use of any photo speed monitoring devices.

Respectfully,

Gary T. Settle
Superintendent

GTS/