UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

Gerrod Siefert

    Plaintiff

v.

                                                        Case No. 2:24cv374

City of Chesapeake
-and-
Chesapeake Police Department

    Defendants

## NOTICE OF VOLUNTARY DISMISSAL
## AGAINST ALL DEFENDANTS

    COMES NOW, the Plaintiff, pursuant to FRCP 41(a)(1)(A) and files this notice of dismissal against all Defendants.

                                            Respectfully Submitted,

                                            Gerrod Siefert

                                            By: /s/
                                                     Timothy Anderson
                                                     Counsel for Plaintiff

Timothy Anderson
Anderson & Associates PC
2492 N. Landing Rd 104
Virginia Beach VA 23456
757-301-3636 Tel
757-301-3640 Fax
VSB 43803

## CERTIFICATE OF MAILING

I certify that a true copy of this Notice of Dismissal was electronically delivered to Adam Lantz, Counsel for all Defendants via CM/ECF this 23rd day of July 2024.

/s/ Timothy Anderson
Timothy Anderson